AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Garbis, Marvin J | 2. Court or Organization  District of Maryland | 3. Date of Report  07/13/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior District judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  U.S. Courthouse  101 W. Lombard St.  Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Advisors | University of Baltimore Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED Aug 7 11 01 AM '06 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Ongoing | West publishing Compnay, Ronald B. Rubin, Patricia Morgan, Royalties paid co-authoros of casebook. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | West publishing Co., book royalites | $ 105 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Bankrutpcy Bar Asso. (Md.) | May 6 - 7, travel, meals, room, faculty on program, Annapolis, MD. |
| 2. ALI/ABA | Feb. 27 - 29, travel, meals, room, faculty on tax procedure seminar, New Orleans, La. |
| 3. FREE | Sept. 12 - 16, travel, meals, room, seminar on terrorism, Big Sky., Mt |
| 4. ALI/ABA | Sept. 28 -29, travel, meals, room, facutly on patent trial seminar, Chicago, Il |
| 5. ASTAR | Oct. 6 - 9, travel, meals, room, faculty oin science for judges seminar, Airlie, Va. |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 07/13/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Provident Bank checking | A | Interest | J | T | | | | | |
| 2. T.Rowe.Price Tax Free Bond Fund | A | Interest | J | T | | | | | |
| 3. ▮▮▮▮ Assets | | | | | | | | | |
| 4. Bank of America checking | A | Interest | J | T | | | | | |
| 5. Bank of America savings | A | Interest | J | T | | | | | |
| 6. Legg Mason Cash Reserve Trust | A | Interest | L | T | | | | | |
| 7. Aetna Inc. notes | B | Interest | K | T | | | | | |
| 8. Aetna Fin Cap. Pfd. | B | Interest | K | T | | | | | |
| 9. Daimler Chrysler Cert. | B | Interest | K | T | | | | | |
| 10. GBB Capital Pfd. | B | Interest | K | T | | | | | |
| 11. Local Fin. Cap. Pfd. | B | Interest | K | T | | | | | |
| 12. Privatbancorp Cap. Pfd. | B | Interest | K | T | | | | | |
| 13. Prov. Cap. Pfd. | B | Dividend | K | T | | | | | |
| 14. Rouse Cap. Pfd. | A | Interest | J | T | | | | | |
| 15. Sterling Bankshares Cap. Pfd. | A | Interest | J | T | | | | | |
| 16. Daimler Chrysler N,A, Notes | A | Interest | K | T | | | | | |
| 17. GMAC Notes | | None | | | Redemption | 12/9 | J | A | |
| 18. Household Fin. Notes | | None | | | Redemption | 4/15 | K | A | |

1. Income/Gain Codes:　　A = $1,000 or less　　B = $1,001-$2,500　　C = $2,501-$5,000　　D = $5,001-$15,000　　E = $15,001-$50,000
　(See Columns B1 and D4)　F = $50,001-$100,000　　G = $100,001-$1,000,000　　H1 = $1,000,001-$5,000,000　　H2 = More than $5,000,000
2. Value Codes:　　J = $15,000 or less　　K = $15,001-$50,000　　L = $50,001-$100,000　　M = $100,001-$250,000
　(See Columns C1 and D3)　N = $250,000-$500,000　　O = $500,001-$1,000,000　　P1 = $1,000,001-$5,000,000　　P2 = $5,000,001-$25,000,000
　　　P3 = $25,000,001-$50,000,000　　　　　P4 = $More than $50,000,000
3. Value Method Codes　　Q = Appraisal　　R = Cost (Real Estate Only)　　S = Assessment　　T = Cash/Market
　(See Column C2)　　U = Book Value　　V = Other　　W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Household Fin. Notes (2) | | None | | | Redemption | 4/15 | K | A | |
| 20. Ford Motor Cr. Notes | B | Interest | K | T | | | | | |
| 21. AOL Time Warner Notes | B | Interest | K | T | | | | | |
| 22. GTE South Debs. | B | Interest | K | T | | | | | |
| 23. Cadbury Schweppes Del. LP | | None | | | Sell | 4/18 | J | A | |
| 24. Ford Motor Cr. Notes (2) | B | Interest | K | T | | | | | |
| 25. Royce Fund T R | B | Dividend | K | T | | | | | |
| 26. Royce Fund Pennsylvania | A | Div&CapGn | J | T | | | | | |
| 27. IRA - 1 | | | | | | | | | |
| 28. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 29. Legg Mason Value Trust | A | Cap. Gn. | M | T | | | | | |
| 30. Royce Fund Pennsylvania | A | Div&Cap Gn | L | T | | | | | |
| 31. Templeton Growth Fund. | A | Dividend | L | T | | | | | |
| 32. Royce Fnds. Micro Cap. | A | Dividend | K | T | | | | | |
| 33. IRA - 2 | | | | | | | | | |
| 34. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 35. Legg Mason Special Investment Trust Fund | C | Cap Gn | M | T | | | | | |
| 36. Scudder Dreman Fin. Services Fund | A | Div&CapGn | K | T | Sell | 2/11 | K | A | Also sell 11/7, K & A |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2.501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000.001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 7/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Legg Mason Opportunity Trust Fund | A | Div&CapGn | M | T | | | | | |
| 38. Lightpath Tachnologies Inc, Cl A | | None | J | T | | | | | |
| 39. Fed. Eg. Kaufman Fund | A | Cap Gn | L | T | | | | | |
| 40. Ebay | A | Dividend | L | T | Buy | 2/11 | K | | |
| 41. Electronic Arts | A | Dividend | L | T | | | | | |
| 42. Interactive | A | Dividend | L | T | Buy | 2/8 | L | A | |
| 43. Expedia | A | Dividend | L | T | Spinoff | 8/9 | K | A | Stock Div IAC |
| 44. Wheeling Pittsburgh | A | Dividend | J | T | Buy | 7/25 | K | | |
| 45. IRA | | | | | | | | | |
| 46. Scudder Dreman Financial Services Fund | A | Cap gn | J | T | | | | | |
| 47. Templeton Foreign Fund | A | Div&Cap gn | J | T | | | | | |
| 48. Royce Fund PA | A | Div&Cap gn | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 07/13/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 07/13/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544